Neil Olson, Esq. (SBN 120946)
OLSON & ASSOCIATES
100 Spear Street, Suite 850
San Francisco, CA 94105
Telephone: (415) 371-8070
Facsimile: (415) 371-8075

Rex M. Clack (SBN 59237)
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for PLAINTIFFS
STEVE BOHLMANN, and
FRAN BOHLMANN as owners
of that certain SEA RAY Boat,
Registration Number CF 5582 PZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of ) | Case No.: CIV.S-04-0205 WBS DAD |
| ) | |
| STEVE BOHLMANN, and FRAN ) | **ORDER SETTING STATUS** |
| BOHLMANN as Owners of that certain SEA ) | **CONFERENCE** |
| RAY Boat, Registration Number CF 5582 PZ ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| For Exoneration From or Limitation of Liability,) | |
| ) | |

Having reviewed and considered the Stipulation of the parties for a further Status Conference in this matter following the execution of a Settlement Agreement, and good cause appearing therefor,

1

IT IS HEREBY ORDERED:

1. This case is set for further Status Conference on August 1, 2005 at 9:00 a.m. in Courtroom No. 5 of the above-entitled Court.

2. The parties shall file an updated Joint Status Report on or before July 18, 2005.

Dated: July 5, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

181.54-3/P/OrdStatusConf

ORDER SETTING STATUS CONFERENCE                    Case No.: CIV.S-04-0205 WBS DAD