UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the
Complaint of

STEVE BOHLMANN, and FRAN
BOHLMANN, as Owners of that
certain SEA RAY Boat,
Registration Number CF 5582
PZ,

        Plaintiffs,

For Exoneration From or
Limitation of Liability,
_____/

NO. CIV. S-04-0205 WBS DAD

**ORDER RE SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of counsel for the parties at a Settlement Conference conducted before the undersigned on September 6, 2005, the court has determined that the above-captioned case is settled.  Dispositional documents are to be filed not later than forty-five (45) days from the date of this order.

    All hearing dates set in this matter are **VACATED.**

////

1

1   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2   <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3   <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4   IT IS SO ORDERED.
5   DATED:  September 7, 2005

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT