

FILED

NOV 14 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

1  Neil Olson, Esq. (SBN 120946)
   OLSON & ASSOCIATES
2  100 Spear Street, Suite 850
3  San Francisco, CA 94105
   Telephone: (415) 371-8070
4  Facsimile: (415) 371-8075

5  Rex M. Clack (SBN 59237)
   David E. Russo (SBN 112023)
6  STERLING & CLACK
7  A Professional Corporation
   101 Howard Street, Suite 400
8  San Francisco, California 94105
   Telephone: (415) 543-5300
9  Facsimile: (415) 543-3335

10

   Attorneys for PLAINTIFFS
11 STEVE BOHLMANN, and
   FRAN BOHLMANN as owners
12 of that certain SEA RAY Boat,
13 Registration Number CF 5582 PZ

14
   John R. Hillsman, Esq. (SBN 71220)
15 MCGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
16 San Francisco, California 94133
   Telephone: (415) 421-9292
17 Facsimile: (415) 403-0202

18
   Attorneys for CLAIMANT
19 PATRICIA C. HUESTESS

20 D. Joe Modlin, Esq. (SBN 131265)
   Law Offices of D. Joe Modlin
21 215 Estates Drive, Suite 2
22 Roseville, CA 95678
   Telephone: (916) 789-1552
23 Facsimile: (916) 789-1558

24
   Attorneys for CLAIMANT
25 BRADLEY CHARLES MATHISON

26

27

28

[PROPOSED] CONSENT JUDGMENT                    Case No.: CIV.S-04-0205 WBS DAD
EXONERATING PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of | Case No.: CIV.S-04-0205 WBS DAD |
| STEVE BOHLMANN, and FRAN BOHLMANN as Owners of that certain SEA RAY Boat, Registration Number CF 5582 PZ | **[PROPOSED] CONSENT JUDGMENT EXONERATING PLAINTIFF** |
| Plaintiffs, | |
| For Exoneration From or Limitation of Liability. | |

This matter came on for consideration before the Court, the Honorable William B. Shubb, District Judge, presiding. It being shown that the complaint in this case was filed on January 30, 2004, that an order directing monition to issue was filed on February 3, 2004, that the monition was issued on February 9, 2004 requiring any persons having claims arising out of the incident alleged in the complaint to file their claims and answers no later than April 9, 2004, that plaintiffs published notice of the action as required by Supplemental Rule F of the Federal Rules of Civil Procedure and in all other respects complied with the statutes and rules of court applicable in this case, that the only persons filing claims and answers herein were Patricia C. Huestess, Special Administrator and Personal Representative of the Estate of Robyn Sevena Gardner, and Bradley Charles Mathison, that the Court issued its order on June 1, 2004 noting the defaults of all persons and entities who did not file claims and answers herein and decreeing that said persons and entities were barred from filing claims and answers in this or any other proceeding, the parties hereto having further shown to the satisfaction of the Court that the claims filed herein by Patricia C. Huestess and Bradley Charles Mathison have been settled and satisfied,

//
//

**IT IS THEREFORE ORDERED AND ADJUDGED:**

1. That the claims heretofore filed by Patricia C. Huestess, Special Administrator and Personal Representative of the Estate of Robyn Sevena Gardner, and Bradley Charles Mathison be dismissed with prejudice;

2. That Steve Bohlmann and Fran Bohlmann and that certain SEA RAY boat, registration no. CF 5582 PZ, be forever exonerated and discharged from any loss, damage or injury done by reason of the occurrence alleged in the complaint;

3. That the default of all persons, firms and corporations who may have sustained any loss, destruction, damage or injury caused by, or resulting from the boating accident on or about September 21, 2003 that is the subject of the complaint herein, and who have not heretofore filed claims herein or those who having filed claims herein have withdrawn them, be and they are hereby noted and entered; and that the defaults of all such persons, firms and corporations who failed to file answers herein be and they are hereby noted and entered and the filing or presentation hereafter of any such claims or answers be, and they are hereby forever restrained. All persons, firms, and corporations having or claiming to have sustained any loss, destruction, damage or personal injury or death by reason of, or in connection with the boating accident that occurred on or about September 21, 2003 that is the subject of plaintiffs' complaint herein be, and they are hereby perpetually enjoined and restrained from instituting or prosecuting in any manner whatsoever, in this or in any other proceeding, suit or action, in any court in any country, any claim, action, suit or proceeding whatsoever against the plaintiffs Steve Bohlmann and Fran Bohlmann; and

4. That the bond and stipulations filed herein be cancelled and discharged of record.

Dated: 11/8/2005

William B. Shubb
United States District Judge

CONSENTED TO BY:

OLSON & ASSOCIATES

STERLING & CLACK
Rex M. Clack
David E. Russo

By: _____/S/_____  
Neil Olson  
Attorneys for Plaintiffs  
STEVE and FRAN BOHLMANN

By: _____/S/_____  
David E. Russo  
Attorneys for Plaintiffs  
STEVE BOHLMANN and FRAN BOHLMANN

McGUINN, HILLSMAN & PALEFSKY

LAW OFFICES OF D. JOE MODLIN

By: _____/S/_____  
John R. Hillsman  
Attorneys for Claimant  
PATRICIA C. HUESTESS

By: _____/S/_____  
D. Joe Modlin  
Attorneys for Claimant  
BRADLEY CHARLES MATHISON

David E. Russo attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

181.54-3/P/ConsentJudgment

4

[PROPOSED] CONSENT JUDGMENT
EXONERATING PLAINTIFF

Case No.: CIV.S-04-0205 WBS DAD